# CANTON CO. OF BALTIMORE *v.* COMPTROLLER OF THE TREASURY, RETAIL SALES TAX DIVISION, MARYLAND.

No. 365.   Decided October 28, 1963.

*Francis D. Murnaghan, Jr.* for appellant.

*Thomas B. Finan,* Attorney General of Maryland, *Robert C. Murphy,* Deputy Attorney General, and *Franklin Goldstein,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.